# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| THE UNIVERSITY OF IOWA and THE UNIVERSITY OF IOWA RESEARCH FOUNDATION,<br><br>*Plaintiffs*<br><br>v.<br><br>AMGEN, INC., a Delaware corporation; IMMUNEX CORPORATION, a Washington corporation; AMGEN USA INC., a Delaware corporation; AMGEN MANUFACTURING, LIMITED, a Bermuda Corporation; and IMMUNEX RHODE ISLAND CORPORATION, a Delaware corporation,<br><br>*Defendants* | Civil Action No. 03:08-CV-112-JEG-TJS<br><br>**NOTICE OF FILING OF PATENTS** |

## PLAINTIFF'S NOTICE OF FILING OF PATENTS

Plaintiffs, The University of Iowa and The University of Iowa Research Foundation respectfully submit copies of the asserted patents, namely U.S. Patent Nos. 5,168,062 (Exhibit A) and 5,385,839 (Exhibit B).

Respectfully submitted, this day 8th day of September, 2008.

|  | THOMAS J. MILLER<br>Attorney General of Iowa<br><u>/s/GEORGE A. CARROLL</u><br>GEORGE A. CARROLL – ATT0001493<br>Assistant Attorney General<br>george.carroll@iowa.gov<br>Hoover Building, Second Floor<br>1305 East Walnut Street<br>Des Moines, Iowa  50319<br>Telephone:  (515) 281-8330<br>Facsimile:   (515) 281-7219<br><br><u>/s/Lawrence K. Nodine</u><br>Lawrence K. Nodine (lead attorney)<br>nodinel@ballardspahr.com<br>NEEDLE & ROSENBERG INTELLECTUAL<br>PROPERTY PRACTICE OF<br>BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>999 Peachtree Street, NE, Suite 1000<br>Atlanta, Georgia  30309-3915<br>Telephone:  (678) 420-9300<br>Facsimile:   (678) 420-9301<br><br>Robert R. Baron, Jr.<br>baron@ballardspahr.com<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania  19103-7599<br>Telephone: (215) 665-8500<br>Facsimile:  (215) 864-8999 |
|---|---|

|  | Robin L. Gentry<br>gentryr@ballardspahr.com<br>Scott D. Marty<br>martys@ballardspahr.com<br>Rebecca C.E. McFadyen<br>mcfadyenr@ballardspahr.com<br>BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>999 Peachtree Street, NE, Suite 1000<br>Atlanta, Georgia  30309-3915<br>Telephone:  (678) 420-9300<br>Facsimile:   (678) 420-9301<br><br>ATTORNEYS FOR PLAINTIFFS |
|---|---|